

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 30, 2024

**By ECF**
Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Rm. 2220
New York, NY 10007

```
The Government's request is granted.  The
Government shall have until October 30, 2024, to
respond to Defendant's counseled brief.  The Clerk
of the Court shall close docket entry 267.

SO ORDERED.

Dated:  October 1, 2024

                            Loretta A. Preska
                          _____
                          LORETTA A. PRESKA, U.S.D.J.
```

Re: *United States v. Larry Fernandez,* **06 Cr. 484 (LAP)**

Dear Judge Preska:

    The Government respectfully writes to request until October 30, 2024, to file a response to the defendant's September 9, 2024 supplemental briefing to the defendant's motion for compassionate release. The undersigned AUSA was recently assigned to this case and will need to obtain and review certain records from the case file in order to prepare a response to the defendant's submission. The Court had not previously set a deadline for the Government's response.

    Defense counsel consents to this request to the extent the Court permits the Government to respond to the defendant's September 9 submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ Daniel Roque
Daniel K. Roque
Special Assistant United States Attorney
(212) 637-1946

cc:    James Roth, Esq. (via ECF)